**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-cv-27182-CMA

NIGEL FRANK DE LA TORRE PARDO,

Plaintiff,

v.

FIRST CONSTRUCTION CORP., and
BAMBOO RESTAURANT AND LOUNGE
LLC,

Defendants.
_______________________________________/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Nigel Frank De La Torre Pardo (Plaintiff)

Garcia-Menocal, P.L. (Counsel for Plaintiff)

Alfredo Garcia-Menocal, Esq. (Counsel for Plaintiff)

The Law Office of Ramon J. Diego, P.A. (Counsel for Plaintiff)

Ramon J. Diego, Esq. (Counsel for Plaintiff)

Pablo Baez, AccessAble (Plaintiff's Expert)

FIRST CONSTRUCTION CORP., (Defendant)

Nelson Sayegh (President and Secretary of FIRST CONSTRUCTION CORP.)

Nelson E. Sayegh (President and Secretary of FIRST CONSTRUCTION CORP.,)

Elias A. Sayegh (President and Secretary of FIRST CONSTRUCTION CORP.,)

Maria Auxiliadora Almoguera De Sayegh (President and Secretary of FIRST CONSTRUCTION CORP.,)

Ricardo Elias Sayegh (President and Secretary of FIRST CONSTRUCTION CORP.,)

BAMBOO RESTAURANT AND LOUNGE LLC, (Defendant)

Randy R Yeung (Authorized Member of BAMBOO RESTAURANT AND LOUNGE LLC,)

Erik Valdes (Authorized Member of BAMBOO RESTAURANT AND LOUNGE LLC,)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None, other than the Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Nigel Frank De La Torre Pardo (Plaintiff)

5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will

immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this October 29, 2026.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553-3464
Primary E-Mail: aquezada@lawgmp.com

By: ___/s/_Alfredo Garcia-Menocal_
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego______
RAMON J. DIEGO
Florida Bar No.: 689203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this October 29, 2026, the foregoing document is being served on all counsel of record via CM/ECF.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553-3464
Primary E-Mail: aquezada@lawgmp.com

By: ___*/s/_Alfredo Garcia-Menocal*_
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610